# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 26, 2010

Marilyn Kelly,
Chief Justice

141056

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                   SC: 141056
                                   COA: 297035
MAURICE ONEIL COSEY,
                                   Jackson CC: 08-004976-FH
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the April 28, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 26, 2010
_____

_____
Clerk

p0719